UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | NO: MO:21-CR-00187(2,5,)-DC |
| § | |
| (2) Steven Robert Westfall § | |
| (5) Robert Dillion Kennedy § | |
| § | |

## LIST OF WITNESSES

| FOR AUSA | FOR DEFENDANT |
|---|---|
| 1.   GERARDO ORNELAS | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |