FILED
JUL 28 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

I am requesting my docket sheet and judgment for my case. My reg number is 50150509. My Docket number is 7:21-CR-00187(5)DC. Thank you for your time.

       Robert Kennedy
       50150509

4001 Leopard DR
Texarkana, TX
  75501

Robert Kennedy 50150509
4001 Leopard DR
Texarkana, TX 75501

SHREVEPORT LA 710

RECEIVED

JUL 2 8 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

United States District Court
Western District of Texas
200 East Wall Street, Room 222
Midland, TX
79701-5217

79701-520172